IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE L. JOHNSON,

    Petitioner,

v.                                               CASE NO. 4:12cv283-RH/GRJ

SECETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

## ORDER DENYING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition under 28 U.S.C. § 2254 is DISMISSED." The clerk must close the file.

SO ORDERED on July 17, 2012.

                                        s/Robert L. Hinkle
                                        United States District Judge